**LAW OFFICES OF KEVIN B. JONES**
Kevin B. Jones (State Bar No. 138986)
Suki I. Patel (State Bar No. 231301)
2016 Riverside Drive, Second Floor
Los Angeles, California 90039
Telephone: (323) 669-9090
Facsimile: (323) 669-0440
Email: kjones@jkrsi.com

Priority
Send
Enter
Closed
JS-5/JS-6  **No**
JS-2/JS-3
Scan Only

Attorneys for Defendants
Royal Garden Apartments, Inc.,
J.K. Residential Services, Inc. and
Michelle Montes.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA KALMAN, an individual; NICOLASA MARTINEZ, an individual; and CHRISTOPHER ALCARAZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ROYAL GARDEN APTS., INC., a California Corporation, doing business as ROYAL GARDEN APARTMENTS; J.K. PROPERTIES, INC., a Corporation; and MICHELLE MONTES, an individual<br><br>Defendants. | CASE NO. CV08-03600 GW (SS$_X$)<br><br>**JUDGMENT**<br><br>**Assigned for All Purposes To:**<br>**Judge: Hon. George H. Wu**<br>**Courtroom: 10**<br><br>Discovery Cut-Off: 12/08/2008<br>Motion Cut-off: 1/26/2008<br>Final Pretrial Conf: 5/7/2009<br>Jury Trial: 5/19/2009 |

    The Motion for Summary Judgment or, in the alternative, Partial Summary Adjudication, as filed by Defendants Royal Garden Apartments, Inc., J.K. Residential Services, Inc., and Michelle Montes came on for hearing before the Court, on January 15, 2009, and was thereafter

JUDGMENT-1

taken under submission by Hon. George H. Wu, District Judge Presiding. The Evidence having been presented and fully considered, the issues having been duly heard and a decision having been duly rendered, IT IS ORDERED AND ADJUDGED that:

(1) Summary judgment is GRANTED in favor of Defendants as to Plaintiff Alcaraz and Martinez's First Cause of Action for violations of the Fair Housing Act. The Second and Third Causes of Action for violation of the FEHA and Unruh Act are DISMISSED WITHOUT PREJUDICE. Defendants shall recover their costs.

(2) The summary judgment is DENIED as to Plaintiff Kalman.

Dated: May 14, 2009

_____
Hon. George H. Wu
Judge, United States District Court